IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brandon Nutt,

    Plaintiff(s),

vs.

PO Christopher Seta, et al.,

    Defendant(s).

Case Number: 1:19cv460

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 5, 2019 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 19, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, this complaint is hereby DISMISSED with prejudice pursuant to 28 U.S.C. §§1915 (e)(2)(B) and 1915 A (1) with the exception of plaintiff's individual capacity claims against Seta and Barge.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court