IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| BRANDON NUTT, | : | Case No. 1:19-cv-460 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| CHRISTOPHER SETA, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 33), DENYING MOTION FOR SUMMARY JUDGMENT (DOC. 29) AND DISMISSING CASE

The Court has reviewed the Report and Recommendation (Doc. 33) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objections to the Report and Recommendation have been filed and the time do so has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, this case is **DISMISSED** under the mandatory dismissal provision of Fed. R. Civ. P. 25(a)(1) and Defendants' Motion for Summary Judgment (Doc. 29) is **DENIED** as moot.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE